```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
LASHIRAH MAJIDA EL and
MU'ALLIM DHAKIR GHAZWAN EL,

                Plaintiff,
                                              ORDER
        -against-                             19-CV-0929(JS)(ARL)

RONALD J. BEAUVAIS and
DOROTHY BEAUVAIS,

                Defendants.
-----------------------------------X
APPEARANCES
For Plaintiff:     Lashirah Majida El, pro se
                   Mu'allim Dhakir Ghazwan El, pro se
                   P.O. Box 717
                   Bridgehampton, New York 11932-0717

For Defendants:    No appearances.
```

SEYBERT, District Judge:

On February 15, 2019, pro se plaintiffs Lashirah Majida El ("Majida") and Mu'allim Dhakir Ghazwan El ("Ghazwan") (together, "Plaintiffs") filed a Complaint in this Court. Accompanying the Complaint is an "Affidavit of Financial Statement" that does not include any information concerning the financial position of either Plaintiff. (See Aff., Docket Entry 2.) Accordingly, by Notice of Deficiency dated February 20, 2019 (the "Notice"), Plaintiffs were instructed that, in order for this case to proceed they must, within fourteen (14) days, either remit the filing fee or file the enclosed application to proceed in forma

pauperis.  (See Notice, Docket Entry 4.)

To date, the Notice has not been returned to the Court and Plaintiffs have not complied nor have they otherwise communicated with the Court.  Accordingly, it appears that Plaintiffs are no longer interested in pursuing this case and it is thus DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of the Court is directed to CLOSE this case and to mail a copy of this Order to the pro se Plaintiffs.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:    June   5  , 2019
          Central Islip, New York